UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIQUIDIA TECHNOLOGIES, INC., KATHERINE RIELLY-GAUVIN, SETH RUDNICK, RAMAN SINGH, NEAL F. FOWLER, ARTHUR KIRSCH, STEPHEN BLOCH, JOANNA HOROBIN, and RALPH SNYDERMAN,<br>　　　　　　　　Defendants. | Case No. 1:20-cv-08368-LAK |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 12, 2021　　　　　　　　**WEISSLAW LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Richard A. Acocelli*
　　　　　　　　　　　　　　　　　　　　Richard A. Acocelli
　　　　　　　　　　　　　　　　　　　　1500 Broadway, 16th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10036
　　　　　　　　　　　　　　　　　　　　Telephone: 212/682-3025
　　　　　　　　　　　　　　　　　　　　Facsimile:  212/682-3010
　　　　　　　　　　　　　　　　　　　　Email: racocelli@weisslawllp.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*